November 17, 1977

M. P. No. 77-199. AUGUSTA P. FINKELSTEIN *v.* NOAH FINKELSTEIN *and* ELLIOT FINKELSTEIN. The petition for writ

of certiorari is denied without prejudice. *Amato A. DeLuca, Kevin M. Hayes,* for petitioner. *Tobin, LeRoy & Silverstein, Max Wistow,* for respondents.